KSC/09.16.22



USDC- BALTIMORE
'22 SEP 21 PM 12:02

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JKB 22cr331 |
| v. | * | |
| | * | (Obstruction of Justice, 18 U.S.C. § 1503; Obstruction of Official Proceeding, 18 U.S.C. § 1512(c)(2)) |
| JOHN WILLIE KENNEDY, JR. | * | |
| | * | |
| Defendant | * | |

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

### COUNT ONE
(Obstruction of Justice)

On or about April 21, 2021, in the District of Maryland, the defendant,

**JOHN WILLIE KENNEDY, JR.,**

did corruptly obstruct and impede or endeavor to obstruct and impede the due administration of justice in a Federal Grand Jury in the District of Maryland; that is KENNEDY knowingly lied under oath before a Federal Grand Jury investigating the murder of Meiko Locksley.

18 U.S.C. § 1503

## COUNT TWO
(Obstruction of Official Proceeding)

The Grand Jury for the District of Maryland further charges that:

On or about April 21, 2021, in the District of Maryland, the defendant,

**JOHN WILLIE KENNEDY, JR.,**

did corruptly obstruct, influence, or impede any official proceeding, and attempt to do so, namely a federal grand jury investigation into the murder of Meiko Locksley.

18 U.S.C. § 1512(c)(2)

*Erek L. Barron* /kyo
Erek L. Barron
United States Attorney

A True Bill:

**SIGNATURE REDACTED**

Foreman

Date: 9/21/2022

2