# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| JOHN WILLIE KENNEDY, JR., | * Criminal No. JKB-22-0331 |
| Defendant. | * |

## GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

Comes now the United States of America, by and through its counsel, Erek L. Barron, the United States Attorneys for the District of Maryland, Kim Y. Oldham and Colleen E. McGuinn, Assistant United States Attorneys for said district, and hereby moves to unseal the Indictment in the above-captioned matter. A federal grand jury in the District of Maryland indicted the Defendant John Willie Kennedy, Jr with two counts of obstruction of justice in violation of 18 U.S.C. § 1503 and § 1512(c)(2). An Initial appearance for the Defendant is scheduled for today, Friday September 23, 2022, and there is no further need for the indictment to remain under seal.

WHEREFORE, the United States respectfully requests that the Indictment be unsealed.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/S/_____
Kim Y. Oldham
Colleen E. McGuinn
Assistant United States Attorneys

36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800