IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIM. NO. JKB-22-00331 |
| JOHN WILLIE KENNEDY, JR | * |
| | * |
| Defendant | * |

...oOo...

## CONSENT MOTION TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT

The United States of America, by and through its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, Kim Y. Oldham and Colleen E. McGuinn, Assistant United States Attorneys for said District, respectfully submits this Motion to Exclude Time Pursuant to the Speedy Trial Act, and in support avers the following:

1. The defendant has been charged in an indictment returned by the Grand Jury on September 21, 2022 with Obstruction of Justice; in violation of Title 18, United States Code Section 1503, and Obstruction of Official Proceeding; in violation of Title 18, United States Code Section 1512(c)(2).  ECF 1.

2. An initial appearance was held on September 23, 2022.  ECF 7.

3. The Government is in the process of producing discovery to Defense counsel.  A first production was uploaded to a shared discovery file for defense counsel on October 26, 2022 and will continue on a rolling basis.  Once Defense counsel has had an opportunity to complete a review of the discovery, the parties will discuss the possibility of a plea resolution and will notify the Court of any updates on those discussions and the need to schedule trial or motions hearings.

4. The Speedy Trial Act requires that the defendant be brought to trial within seventy days of the later of either the filing of an indictment or the first appearance before a judicial officer

1

of the court in which the charge is pending. 18 U.S.C. § 3161(c)(1). The Speedy Trial Act allows for exclusions of time from the calculation of time within which the trial must commence. 18 U.S.C. § 3161(h). Specifically, "[a]ny period of delay resulting from a continuance […] at the request of the attorney for the Government, if the judge granted such continuance on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in having a speedy trial" shall be excluded from computing the time within which the trial of any such offense must commence. § 3161(h)(7)(A). In making such a finding, the court shall consider "whether the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(b)(iv).

5. In this matter, the parties requests an exclusion of time from the date of the initial appearance, September 23, 2022 until December 30, 2022 to allow time for plea negotiations, review of discovery materials, and preparations for motions and/or trial if necessary. In light of these circumstances, the parties have consented to this exclusion of time.

6. The exclusion of time grants the parties reasonable time for effective review of discovery, preparation, and for discussion of possible resolution of this matter. Therefore, the ends of justice served by the exclusion of time outweigh the best interests of the defendant or the public in having a speedy trial, especially in light of the defendant's consent to this motion.

**WHEREFORE**, the United States requests that the Court issue an order exclusion of all time beginning on September 23, 2022 and ending on December 30, 2022 from the time-period within which trial must commence.

A proposed Order is attached for the Court's consideration.

Respectfully Submitted,

        Erek L. Barron
        United States Attorney

By:_____/s/_____
        Kim Y. Oldham
        Assistant United States Attorney
        United States Attorney's Office
        36th South Charles Street, 4th Floor
        Baltimore, MD 21202
        (410) 209-4944
        Kim.Oldham@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIM. NO. JKB-22-00331** |
| **JOHN WILLIE KENNEDY, JR** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

...oOo...

# ORDER

This Court having considered the Government's Motion to Exclude Time under the Speedy Trial Act, and for the reasons stated therein, the Court finds that ends of justice outweigh the best interests of the public and the defendants in a speedy trial, and it is hereby,

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time between September 23, 2022 and December 30, 2022, shall be excluded from the computation of time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.

_____     _____
Date                                James K. Bredar
                                    United States District Court Judge