KSC/03.29.23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JKB-22-0331 |
| v. | * | |
| | * | (Obstruction of Justice, 18 U.S.C. § 1503; Obstruction of Official Proceeding, 18 U.S.C. § 1512(c)(2); False Declarations Before Grand Jury, 18 U.S.C. § 1623; Accessory After the Fact, 18 U.S.C. § 3) |
| JOHN WILLIE KENNEDY, JR. | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | * | |

*******

## SUPERSEDING INDICTMENT

The Grand Jury for the District of Maryland charges that:

### COUNT ONE
(Obstruction of Justice)

On or about April 21, 2021, in the District of Maryland, the defendant,

**JOHN WILLIE KENNEDY, JR.,**

did corruptly obstruct and impede or endeavor to obstruct and impede the due administration of justice in a Federal Grand Jury in the District of Maryland; that is KENNEDY knowingly lied under oath before a Federal Grand Jury investigating the murder of Meiko Locksley.

18 U.S.C. § 1503

## COUNT TWO
(Obstruction of Official Proceeding)

The Grand Jury for the District of Maryland further charges that:

On or about April 21, 2021, in the District of Maryland, the defendant,

**JOHN WILLIE KENNEDY, JR.,**

did corruptly obstruct, influence, or impede any official proceeding, and attempt to do so, namely a federal grand jury investigation into the murder of Meiko Locksley.

18 U.S.C. § 1512(c)(2)

## COUNT THREE
(False Declarations to Grand Jury)

The Grand Jury for the District of Maryland further charges that:

1. On or about April 21, 2021, in the District of Maryland, the defendant,

**JOHN WILLIE KENNEDY, JR.,**

While under oath and testifying in a proceeding before a federal Grand Jury of the United States District Court for the District of Maryland, knowingly made false material declarations as underscored below, namely:

2. At the time and place aforesaid the grand jury was conducting an investigation to determine whether violations of Title 18, United States Code, Section 924(j) had been committed, and to identify the persons who had committed, caused the commission of, and conspired to commit such violations. It was material to the said investigation that the grand jury ascertain where, on September 3, 2017, Meiko Locksley went after **KENNEDY** provided him with marijuana, who was present before, during, and after Meiko Locksley was shot, and who shot Meiko Locksley.

3. At the time and place alleged, **KENNEDY**, appearing as a witness under oath at a proceeding before the grand jury, knowingly made the following declarations in response to questions with respect to the material matter alleged above as follows:

Q: Where did you actually give Meiko the marijuana, where were you physically?

A: At the front door.

Q: Do you know if he stayed in the neighborhood to hang out?

A: I don't know.

Q: Did you step outside at all after providing him with a bag of marijuana?

A: No, not until I came outside and called the police.

3

Q: What do you remember happening after you provided the marijuana to Meiko?

A: I heard a shot. <u>I looked by the window, wasn't nothing going on</u>.

******

Q: You saw no type of activity?

A: <u>No, ma'am</u>.

Q: What did you do then?

A: <u>I proceeded to just go back to doing what I was doing inside the house</u>.

******

Q: What's the next thing you remember happening?

A: Then the second shot came so <u>I proceeded to go outside</u>.

******

Q: Anyone else in the area?

A: <u>No</u>.

******

Q: Did you pass anyone on your way up through the tot lot?

A: <u>No, ma'am</u>.

4. The aforesaid underscored testimony of **KENNEDY**, as he then and there well knew and believed, was false in that, on or about September 3, 2017, **KENNEDY** was outside his house in the moments leading up to the murder of Meiko Locksley, saw who was present, and knew who shot Meiko Locksely.

18 U.S.C. 1623

## COUNT FOUR
(Accessory After the Fact)

The Grand Jury for the District of Maryland further charges that:

Beginning on or about September 3, 2017, and continuing through April 21, 2021, the defendant,

**JOHN WILLIE KENNEDY, JR.,**

knowing that an offense against the United States had been committed, to wit, the September 3, 2017 use, carry and discharge of a firearm in furtherance of a drug trafficking crime resulting in death of Meiko Locksely, in violation of 18 U.S.C. 924(j), did receive, relieve, comfort, and assist the offenders, in order to hinder and prevent the offenders' apprehension, trial, and punishment by concealing evidence in his vehicle, a black Cadillac Escalade, immediately after the murder of Meiko Locksley, and knowingly lying under oath to the federal Grand Jury investigating the murder of Meiko Locksley.

18 U.S.C. § 3

_Erek L. Barron (KYO)_
Erek L. Barron
United States Attorney

A True Bill:

**SIGNATURE REDACTED**

Foreman

Date: 4/5/2023