**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|   |   |   |
|---|---|---|
|   | * |   |
| **UNITED STATES OF AMERICA** | * |   |
| v. | * | **Criminal No. JKB-22-0331** |
| **JOHN WILLE KENNEDY** | * |   |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

UPON CONSIDERATION of the foregoing *Motion to Suppress*, it is this _____ day of

_____, 2023, hereby:

**ORDERED,** that the foregoing Motion be **GRANTED**, and, it is further;

**ORDERED**, that a hearing be set on _____, 2023.


_____
Judge James K. Bredar
United States District Court Judge